# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 15, 2005

128201

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
            Plaintiff-Appellee,

v

MONICA ANN JAHNER,
            Defendant-Appellant.

SC:  128201
COA:  255405
Livingston CC: 77-001715-FY

_____/

On order of the Court, the application for leave to appeal the January 20, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).

CAVANAGH, J., would grant leave to appeal.



I,  Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 15, 2005

_____
Clerk

s1208